IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

   Plaintiff,

v.

            Case No. 09-cv-214

NANCY PEDERSON,

   Defendant.

---

### ENTRY OF DEFAULT

Plaintiff requests that the Clerk of Court enter default against defendant Nancy Pederson, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Nancy Pederson is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 13th day of July, 2009.

                  _____

                  Peter Oppeneer, Clerk of Court