IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 09-CV-214<br>)<br>) |
| NANCY PEDERSON, | )<br>) |
| Defendant. | )<br>) |

## DEFAULT JUDGMENT

It appearing by the declaration of counsel for the plaintiff that the defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, the defendant's default is hereby entered.

A default having been entered against the defendant, and counsel for the plaintiff having requested judgment against the defaulted defendant and having filed a proper declaration in all accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of the plaintiff, United States of America, and against the defendant, Nancy Pederson, as follows:

| | | |
|---|---|---|
| A. | Principal | $1,547.73 |
| | Interest through March 2, 2009 | $ 632.69 |
| | Interest from March 3, 2009 through July 6, 2009 | $ 52.50 |
| | TOTAL | $2,232.92 |

together with interest thereon at the rate of 10% per annum until the date judgment is entered.

| | | | |
|---|---|---|---|
| B. | Principal | | $1,412.94 |
| | Interest through March 2, 2009 | | $ 380.05 |
| | Interest from March 2, 2009 through July 6, 2009 | | $   23.39 |
| | TOTAL | | $1,816.38 |

together with interest thereon at the rate of 5.01% per annum through June 30, 2009, and thereafter at such a rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended 20 U.S.C. 1077a until the date judgment is entered, a civil filing fee of $350.00, a Marshals fee of $110.00, plus interest on the judgment at the legal rate until satisfaction of the debt.

Dated this 13th day of July, 2009.

PETER OPPENEER
Clerk of Court