IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 09-CV-214 |
| NANCY PEDERSON, | ) ) ) | |
| Defendant, | ) ) ) | |
| and | ) ) ) | |
| WEBPOWER INC, | ) ) ) | |
| Garnishee Defendant. | ) ) ) ) ) | |

**ORDER TERMINATING GARNISHMENT**

Upon the motion of the United States of America requesting termination of the garnishment in the above-entitled matter based on defendant satisfying the Judgment,

IT IS HEREBY ORDERED that the garnishment be terminated and the garnishee defendant be released from any further obligation in this case.

Entered this _23d_ day of _February_, 2012.

BY THE COURT:

_Barbara B. Crabb_
BARBARA B. CRABB
United States District Judge